# United States District Court
## Violation Notice

ON 50

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6231338 | BELLINI | 3582 |

6231338

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 9 OCT 18 - 2111/hr
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(b)(6)

Place of Offense: 10701 East blvd. Cleveland OH 44106 — Main Hospital 4B-113

HAZMAT ☐

Offense Description: Factual Basis for Charge:
Failure to comply with signs of a directive and nature posted for safety purposes.

### DEFENDANT INFORMATION

Last Name: Newell
First Name: Brian
M.I.: G.

[defendant address redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 50.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 80.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015) Original - CVB Copy

CVB SCAN 10/22/2018 12:36

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10-09, 2018 while exercising my duties as a law enforcement officer in the Northern District of Ohio

On date and time while conducting an interior patrol of the Cleveland VA medical center, I was dispatched to the Main Hospital room 4B-113 regarding a complaint of a patient, Brian Newell (SSN:277449288 DOB:04/29/1959) smoking inside his room. My investigation determined Newell was smoking inside his room. Newell admitted to me he was smoking in his room minutes before I arrived. Further investigation revealed I, provided Newell a verbal warning for the same offense last month. Newell was aware smoking was prohibited inside the Hospital. Subsequently I issued him this violation. A L.E.A.D.S. check showed no wants or warrants. Newell, was cited and released.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/09/2018    [signature] #3582
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident